UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN J. FREMEN, JR. AND NANCY MAHAN FREMEN<br><br>**Plaintiff**<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br>**Defendant.** | CIVIL ACTION NO. 2:23-02527<br><br>JUDGE GREG G. GUIDRY<br><br>MAGISTRATE JUDGE:<br>DONNA P. CURRAULT |

## ORDER OF DISMISSAL

The Court having been advised that all parties to this action have firmly agreed upon a compromise agreement;

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, but without prejudice **only** to the right, upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, 30th day of May, 2024.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE